UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Barrington MYVETT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Thomas H. WILLIAMS, et al., )<br>)<br>Defendants. )<br>) | Civil Action No.: 08-1284<br>(RMU) |

**MOTION TO ENLARGE TIME TO FILE ANSWER
OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendants, Thomas Williams, Carol D. Holloway, Van Spivey, and Juanita Barnes[1] respectfully request an additional forty-five (45) days to file an answer or otherwise respond to the complaint in this case, which involves allegations of defamation, false imprisonment, false arrest, and malicious prosecution. This Office received a copy of the complaint on July 16, 2008, resulting in the current deadline of August 5, 2008. With this motion, Defendant requests a new deadline of September 19, 2008.

The extension is requested to permit undersigned counsel sufficient time to review the files and consult with agency counsel. Undersigned counsel was assigned this case just before its removal. As such, he respectfully requests this Court for additional time to get up-to-speed on this case. Moreover, Agency Counsel has requested more time to review the case files and draft a litigation report and response to the Complaint in this case.

---

[1] Because undersigned counsel is representing Defendants in their official capacities only, and not in their individual capacities, nothing in this Motion should be deemed to waive any defenses that Defendants might have in their individual capacities including, but not limited to, immunity from suit.

This is Defendant's first request to move this deadline, and Defendant contends that the extension will not prejudice Plaintiff.

Undersigned counsel left a voicemail for Plaintiff's counsel but did not hear back from Plaintiff's counsel before the filing of this motion.

A proposed order is attached.


Dated: August 1, 2008.                Respectfully,


    /s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


    /s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


    /s/
CHRISTIAN A. NATIELLO, D.C. Bar #473960
Assistant United States Attorney
555 4th St., N.W.
Room E4112
Washington, D.C. 20530
(202) 307-0338

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Barrington MYVETT, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 08-1284 |
| ) | (RMU) |
| v. ) | |
| ) | |
| Thomas H. WILLIAMS, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER ON MOTION TO ENLARGE

UPON CONSIDERATION of Defendants' Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint, and the entire record herein, it is hereby

ORDERED that the motion is GRANTED, and it is further

ORDERED that Defendant shall file an answer or otherwise respond to the complaint on or before September 19, 2008.

So ordered, this _____ day of _____ 2008.

_____
Ricardo M. Urbina
United States District Judge