# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA
# CIVIL DIVISION

| | |
|---|---|
| **BARRINGTON MYVETT** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Case No.: 08-1284 (RMU) |
| v. ) | Jury Trial Demand |
| ) | |
| **THOMAS H. WILLIAMS, et al.** ) | |
| ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

### Plaintiff's Opposition to Defendants' Motion to Enlarge Time to File Answer or Otherwise Respond to the Complaint

Comes now Plaintiff Barrington Myvett, by and through counsel, and files this opposition to Defendants' Motion to Enlarge Time to File Answer or Otherwise Respond to the Complaint, and in support thereof states as follows.

Plaintiff Myvett filed a complaint in the D.C. Superior Court on May 8, 2008. All individual defendants were served on May 28, 2008, and affidavits of proof of service were filed with the D.C. Superior Court on June 6, 2008. Defendants were required to file an answer or otherwise respond to the complaint in the D.C. Superior Court on or before June 17, 2008. Defendants failed to file an answer or otherwise respond, and were technically in default. On July 25, 2008, Defendants filed a Notice of Removal. Plaintiff opposes any motion to enlarge time to file Answer or otherwise respond to the complaint, because Defendants were in default when this matter was removed to this court, and have removed this matter in an effort to cure that default. Defendants should be found in default and judgment entered in favor of the Plaintiff.

Respectfully submitted,

*David A. Branch*

David A. Branch #438764
Law Offices of David A. Branch, PC
1825 Connecticut Avenue, N.W.
Suite 690
Washington, D.C. 20009
(202) 785-2805 phone

## Certificate of Service

I hereby certify this 15th day of August, 2008, that a copy of this Opposition to Motion to Enlarge Time to File Answer or Otherwise Respond to the Complaint was serve via the court ECF system on Counsel for the Defendants listed below:

Christian Natiello


/s/ David A. Branch